IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STACEY MUMMERT )
)
v. ) NO. 3:09-0795
)
RICHARD DILLARD, et al. )

**O R D E R**

Presently pending before the Court is the motion (filed April 13, 2010, Docket Entry No. 27) of Defendants Bob Barker and Sumner County, Tennessee to dismiss this action because of the Plaintiff's failure to engage in discovery. The Plaintiff shall have until May 21, 2010, to file a response to the motion to dismiss. The Plaintiff is advised that failure to timely file a response may result in a Recommendation to the District Judge that the claims against the defendants and/or this action be dismissed.[1]

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By Order entered March 4, 2010 (Docket Entry No. 24), the Plaintiff's counsel was permitted to withdraw and the Plaintiff was given until April 1, 2010, to secure new counsel and have counsel enter an appearance of record. To date, no such appearance has been entered and, pursuant to the March 4th Order, the Plaintiff is presumed to be proceeding pro se .