IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STACEY MUMMERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0795 |
| | ) | Judge Trauger |
| RICHARD DILLARD, individually and as an | ) | Magistrate Judge Griffin |
| Officer/Deputy of the Sumner County Sheriff's | ) | |
| Department, BOB BARKER, individually and as | ) | |
| Sheriff of Sumner County, Tennessee, and | ) | |
| SUMNER COUNTY, TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 16, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 34), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants Sumner County, Tennessee and Bob Barker (Docket No. 27) is **GRANTED**, and these parties are **DISMISSED WITH PREJUDICE** from this action. It is further **ORDERED** that this case is **DISMISSED WITH PREJUDICE** against all other defendants under Rule 41(b), FED. R. CIV. P. This Order shall constitute the Judgment in this case.

It is so **ORDERED.**

ENTER this 9th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge